Grezak v. Grezak Hello. My name is Krasina Grezak. Grezak, just pull the microphone down a little bit more. Okay. Thank you. Okay. So, basically, I'd like to ask Your Honor to reopen my case because I filed a motion to dismiss the case. I never granted that because I asked the clerk's office to find out if you were withdrawing with prejudice, and I gather you're not, so we're ready to hear your appeal. Okay. The point is I'm in lots of physical pain at this moment. Due to extraordinary circumstances, something happened to me recently, and I'm suffering lots of physical pain. I'm on the daily two medications. They do not work, so I contact my doctor, and he refilled me to the special clinic, and I have to go through the additional numbers of tests, and it's going to happen on Friday at 10. I was trying to reschedule that appointment for Friday the last week, but the doctor was not available for me. So, at this point, I'm actually not very ready to disappear. I have such a problem even walking, and I made it through this physical discomfort. I wanted to come. I wanted to say that all my claims in my appeal has merits, and I want to appeal this case, and I want to hire a Polish-English interpreter. I was writing my brief this way. I wrote everything in Polish, and I went to the agency, and I translated, and I'd like to ask this court for permission to submit my reply, and I'm going to do the same way. I'm going to write everything in Polish and translate it, and I'd like to ask this court for permission to extend the time I missed for the reply due to extraordinary circumstances. I did not have the order. Let me interrupt you. Okay. We have all of your papers. Okay. You had asked to have an extension on filing a reply brief in September, and the court granted that. It gave you until September 23rd. We're now a month later than that. A reply brief is not required. So we're going to take the case based on what's in your papers and your adversary's papers. We're not going to ask you for a reply brief. I'm not going to grant you an extension. Okay. But if there's anything more you want to say to us today, we will hear you. Yes. So basically something happened to me, and it's happening on a regular basis, and that causes my physical, personal physical health problem. What I meant was we'll hear you on anything more you want to say about your appeal, about your case, anything else you'd like to say. Yes. I prefer to say everything in Polish. Like I said, but I was not able to hire any Polish-English interpreter in the meantime, so I came by myself. But like I mentioned, English is my second language, so I wrote everything in Polish regarding my appeal, and I translated to English. But anyway, I'd like to oppose strongly opposing Polish brief. I feel much more comfortable to say everything in Polish. So basically, I don't know if I can ask this question, if I can extend this oral argument at this point. The case is on for today. Okay. So there are no more extensions. Okay. Shall we just take it then based on your papers? And we thank you for that. I mean, we've reviewed everything. All right? Okay. We'll try to get you a decision as soon as we can. Okay. Okay. Thank you so much. Mr. Shapiro, do you want to add anything to your written submission? May it please the Court? No, Your Honors. We can rest on the briefs, but we're happy. You'll be yours on the submission then. Thank you very much for coming. Thank you for coming. Thank you. All right. So we'll take that case and consider it further.